NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANAE PORTER,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1491

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-8091, Judge Joseph L. Falvey, Jr.

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1)  The appeal is voluntarily dismissed.

2                                                    PORTER v. MCDONOUGH

(2)  Each side shall bear its own costs.

FOR THE COURT



June 24, 2024                                        Jarrett B. Perlow
      Date                                            Clerk of Court


ISSUED AS A MANDATE:  June 24, 2024